Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
JEREMY WEICHELT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WEICHELT,<br><br>        Plaintiff,<br><br>              v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:25-cv-02041-AC<br><br>**JOINT STIPULATION TO SET NEW BRIEFING DEADLINES** |

Plaintiff Jeremy Weichelt and Defendant, the Commissioner of Social Security ("Defendant"), respectfully request the Court issue a stipulated order setting new deadlines in this matter, as follows.

Within 30 days from the date of this Stipulation, Plaintiff shall file his Motion for Summary Judgment such that Plaintiff must file his dispositive motion in this matter on or before February 9, 2026.

Within 30 days after service of Plaintiff's Motion for Summary Judgment, Defendant shall file Defendant's Cross-Motion for Summary Judgment or other responsive pleading.  Plaintiff's optional reply to Defendant's Cross-Motion for Summary Judgment shall be filed within 14 days after service thereof.

Dated: December 11, 2025                    Respectfully submitted,

                                            /s/ *Jared Walker*
                                            Jared Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney

Dated: January 9, 2026            By:    /s/ *Oscar Gonzalez de Llano
                                         (*authorized by email on 01/09/2026)
                                         Oscar Gonzalez de Llano
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant


ORDER


APPROVED AND SO ORDERED:


Dated: January 9, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO SET NEW BRIEFING DEADLINES